<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7936**

———————

In Re: JERRY SANDERS,

Petitioner.

———————

On Petition for Writ of Mandamus.  (CR-93-34-MU)

———————

Submitted:  December 26, 2001        Decided:  January 15, 2002

———————

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Jerry Sanders, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Sanders filed a petition for a writ of mandamus seeking an order compelling the district court to rule on his Fed. R. Civ. P. 60(b) motion and his subsequent "petition for ruling on the merits." We dismiss the petition as moot.

Our review of the district court's docket sheet shows that the court entered an order denying Sanders' Rule 60(b) motion on May 4, 2001. The court dismissed as moot his "petition for ruling on the merits" on November 26, 2001.

Accordingly, we dismiss Sanders' petition for a writ of mandamus as moot. Sanders' request to proceed in forma pauperis is granted. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED